UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA ROCHA,<br><br>        Plaintiff,<br><br>   v.<br><br>TARA BAILEY, et al,<br><br>        Defendants. | Case No. 24-cv-06206-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On September 3, 2024, Defendants removed this action from state court. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Rita F. Lin to determine whether it is related to *Rocha et al v. Bailey et al*, No. 24-cv-03970 RFL.

**IT IS SO ORDERED.**

Dated: September 6, 2024

_____

DONNA M. RYU
Chief Magistrate Judge